UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Civil Case No.:1:22-cv-23845-JEM

NICHOLAS MASON,

    *Plaintiff*,

v.

BARCLAYS BANK DELAWARE,

    *Defendant*.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT BARCLAYS BANK DELAWARE

The undersigned, counsel for Plaintiff and Barclays Bank Delaware ("Defendant"), hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiff dismisses this action with prejudice and without costs. The parties shall bear their own costs and fees, including attorneys' fees. Nothing herein shall be deemed to limit, expand or in any way alter the rights of any party pursuant to the settlement agreement.

Dated: July 22, 2024

| | |
|---|---|
| */s/ Seth M. Lehrman* | */s/Brandon T. White* |
| Seth M. Lerhman (FBN 132896) | Brandon T. White (FBN 106792) |
| Lehrman Law | Holland & Knight LLP |
| 951 Yamato Rd., Suite 285 | 400 South Hope Street, 8th Floor |
| Boca Raton, FL 33431 | Los Angeles, CA 90071 |
| T: 954-557-5291 | T: (305) 789-7470 |
| E: seth@lehrmanlaw.com | E: brandon.white@hklaw.com |
| | |
| Daniel A. Schlanger *(Pro Hac Vice)* | *Attorney for Defendant Barclays Bank Delaware* |
| Schlanger Law Group, LLP | |
| 80 Broad Street | |
| Suite 3103 | |
| New York, NY 10004 | |
| T: 212-500-6114 | |
| F: 646-612-7996 | |
| E: dschlanger@consumerprotection.net | |

*Attorneys for Plaintiff*