**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Civil Case No.:1:22-cv-23845-JEM

NICHOLAS MASON,

    *Plaintiff*,

v.

BARCLAYS BANK DELAWARE,

    *Defendant*.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before this Court upon the parties' Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed the Stipulation and all other relevant factors, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the above-entitled action be and the same is hereby dismissed with prejudice, with each party to bear their own costs and fees, including attorneys' fees.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of July, 2024.

                                                                 _____
                                                                 JOSE E. MARTINEZ
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record